# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

AMY H. JONES,

        Plaintiff,

v.                                  CASE NO. 1:13-cv-205-MW/GRJ

HSBC BANKS USA, NA,

        Defendant.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.7, filed October 16, 2013. The Court has also reviewed *de novo* Plaintiff's objections to the Report and Recommendation (Memorandum), ECF No. 9, filed October 18, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion for Emergency Stay (TRO) to stop eviction of Wrongful Foreclosure, ECF No. 3 is

**DENIED.** Plaintiff's Motion for Emergency Hearing, ECF No. 5 is **DENIED**."

**SO ORDERED on October 21, 2013.**

<u>**s/Mark E. Walker**   </u>
**United States District Judge**